# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

Tomas Santiago

Document # 6

USCA NO. _____

-v-

SDNY NO. 07cv5486
JUDGE: KMW
DATE: 7/2/ 2007

Legal Aid Society of Manhattan

------------------------------------------------------------

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) _____Nezam D._____
FIRM _____APPEALS SECTION_____
ADDRESS UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY
500 PEARL STREET, NEW YORK, NEW YORK 10007
PHONE NO. _____(212) 805-0636_____

DISTRICT COURT DOCKET ENTRIES --------------------------------------------------

DOCUMENTS

DOC#

Clerk's Certificate

See Attached List of Numbered Documents

Only Circled Documents Included

( ✓ ) Original Record

( ____ ) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __2nd__ Day of __July__, 2007.

United States District Court for
the Southern District of New York

--------------------------------------------------
Tomas Santiago

-V-

Legal Aid Society of Manhattan
--------------------------------------------------

Date: 7/2 / 2007
U.S.C.A. # _____

U.S.D.C. # __07cv5486__

D.C. JUDGE __KMW__

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**          **Document Description**

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this __2nd__ Day of __July__ In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 231st year.

J. Michael McMahon, Clerk

By _____
       Deputy Clerk

APPEAL, CLOSED

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-05486-KMW
### Internal Use Only

Santiago v. Legal Aid Society of Manhattan  
Assigned to: Judge Kimba M. Wood  
Demand: $500,000  
Cause: 42:1983 Civil Rights Act

Date Filed: 06/11/2007  
Date Terminated: 06/11/2007  
Jury Demand: None  
Nature of Suit: 550 Prisoner: Civil Rights  
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 06/11/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Tomas Santiago.(laq) (Entered: 06/19/2007) |
| 06/11/2007 | 2 | COMPLAINT against Legal Aid Society of Manhattan. Document filed by Tomas Santiago.(laq) (Entered: 06/19/2007) |
| 06/11/2007 | 3 | ORDER OF DISMISSAL,,,,The Court grants plaintiff's request to proceed in forma pauperis, but dismisses the comaplint for the reasons set forth. Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed as it fails to state a claim on which relief maybe granted. 28 U.S.C.1915(e)(2)(B)(ii). I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 6/11/07) (laq) (Entered: 06/19/2007) |
| 06/11/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 6/11/07) (laq) (Entered: 06/19/2007) |
| 06/11/2007 |  | Magistrate Judge Gabriel W. Gorenstein is so designated. (laq) (Entered: 06/19/2007) |
| 06/22/2007 | 5 | NOTICE OF APPEAL from [4] Judgment - Sua Sponte (Complaint). Document filed by Tomas Santiago. (tp) (Entered: 07/02/2007) |
| 06/22/2007 |  | Appeal Remark as to [5] Notice of Appeal filed by Tomas Santiago. $455.00 APPEAL FEE DUE. IFP REVOKED 6/11/07. (tp) (Entered: 07/02/2007) |
| 07/02/2007 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [5] Notice of Appeal. (tp) (Entered: 07/02/2007) |
| 07/02/2007 |  | Transmission of Notice of Appeal to the District Judge re: [5] Notice of Appeal. (tp) (Entered: 07/02/2007) |