
MANDATE

S.D.N.Y.-N.Y.C.
07-cv-5486
Wood, C.J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 6th day of February, two thousand eight,

Present:

Hon. Richard J. Cardamone,
Hon. Barrington D. Parker,
Hon. Peter W. Hall,
*Circuit Judges.*



UNITED STATES COURT OF APPEALS
FILED
FEB 0 6 2008
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

---

Tomas Santiago,

*Plaintiff-Appellant,*

v.                                                    07-2900-pr

Legal Aid Society of Manhattan,

*Defendant-Appellee.*

---

Appellant, *pro se,* moves for leave to proceed *in forma pauperis.* Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it lacks an arguable basis in law or fact. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: *[signature]*

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by *[signature]*
DEPUTY CLERK
FEB 6 2008

SAO-CMD

Issued as Mandate: MAR 11 2008

S.D.N.Y.-N.Y.C.
07-cv-5486
Wood, C.J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 6th day of February, two thousand eight,

Present:

Hon. Richard J. Cardamone,
Hon. Barrington D. Parker,
Hon. Peter W. Hall,
*Circuit Judges*.



Tomas Santiago,

*Plaintiff-Appellant,*

v.                                                          07-2900-pr

Legal Aid Society of Manhattan,

*Defendant-Appellee.*

Appellant, *pro se,* moves for leave to proceed *in forma pauperis*. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it lacks an arguable basis in law or fact. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).

THE MANDATE, CONSISTING OF
ITEMS BELOW, HAS BEEN RECEIVED.
( ) OPINION ( ) STATEMENT OF COSTS
(✓) ORDER

RECEIVED BY:_____ DATE:_____
RETURN TO CIVIL TEAM

FEB   6 2008

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: _____

SAO-CMD